LAURENCE F. PULGRAM (CSB No. 115163)
lpulgram@fenwick.com
TYLER G. NEWBY (CSB No. 205790)
tnewby@fenwick.com
ANNASARA G. PURCELL (CSB No. 295512)
apurcell@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:  415.875.2300
Facsimile:   415.281.1350

Attorneys for Defendant
UBER TECHNOLOGIES, INC.,

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CY R. BROWN, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>Defendant. | Case No.: 2:15-cv-00880<br><br>**DEFENDANT UBER TECHNOLOGIES, INC.'S CERTIFICATE OF INTERESTED PARTIES** |

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 7-1.1, Defendant Uber Technologies, Inc. ("Uber") discloses the following:

Uber has no parent corporation and no publicly held corporation owns 10% or more of its stock.

The undersigned, counsel of record for Uber, certifies that no other party or parties have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualifications or recusal.

| | | |
|---|---|---|
| 1 | Dated: February 6, 2015 | FENWICK & WEST LLP |
| 2 | | |
| 3 | | By: */s/ Laurence F. Pulgram* |
| 4 | |     Laurence F. Pulgram<br>    Tyler G. Newby |
| 5 | |     Annasara G. Purcell |
| 6 | | Attorneys for Defendant<br>UBER TECHNOLOGIES, INC., |

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Lines 7–28

DEFENDANT'S CERTIFICATE OF
INTERESTED PARTIES     2     Case No.: 2:15-cv-00880