SCHNEIDER WALLACE COTTRELL
KONECKY WOTKYNS LLP
Todd M. Schneider (SBN 158253)
Jason H. Kim (SBN 220279)
180 Montgomery Street, Suite 2000
San Francisco, California 94104
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
tschneider@schneiderwallace.com

Attorney for Plaintiff
[additional counsel identified below]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CY R. Brown, on behalf of himself and others similarly situated,<br><br>            Plaintiff,<br>vs.<br><br>UBER TECHNOLOGIES, INC.,<br><br>            Defendant. | Case No.: 2:15-CV-00880-DDP (AGRx)<br><br>**PLAINTIFF'S NOTICE OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)** |

PLEASE TAKE NOTICE this action is dismissed by Plaintiff without prejudice pursuant to F.R.C.P. 41(a).

DATED this 23rd day of March, 2015.

                                                    SCHNEIDER WALLACE COTTRELL
                                                    KONECKY WOTKYNS LLP

                                                    <u>/s/ Michael C. McKay</u>
                                                    Michael C. McKay
                                                    8501 North Scottsdale road, Suite 270
                                                    Scottsdale, AZ 85253
                                                    Telephone: (480) 428-0145
                                                    Facsimile: (866) 505-8036
                                                    mmckay@schneiderwallace.com

1  
2  Todd M. Schneider  
3  Jason H. Kim  
4  180 Montgomery Street, Suite 2000  
   San Francisco, CA 94104  
5  Telephone: (415) 421-7100  
   Facsimile: (415) 421-7105  
6  tschneider@schneiderwallace.com  
   jkim@schneiderwallace.com  
7  
8  BAILEY & GLASSER LLP  
   John Roddy  
9  Elizabeth Ryan  
   125 Summer Street, Suite 1030  
10 Boston, MA 02110  
   Telephone: (617) 439-6730  
11 Facsimile: (617) 951-3954  
   jroddy@baileyglasser.com  
12 eryan@baileyglasser.com  
13 JAILE & TRIFILO LLC  
   Pedro Jaile  
14 188 Summer Street  
   East Boston, MA 02128  
15 Telephone: (617) 561-3777  
   Facsimile: (617) 561-0300  
16 pjaile@jaileandtrifilo.com  
17 *Attorneys for Plaintiff*  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28