SCHNEIDER WALLACE COTTRELL
KONECKY WOTKYNS LLP
Todd M. Schneider (SBN 158253)
Jason H. Kim (SBN 220279)
180 Montgomery Street, Suite 2000
San Francisco, California 94104
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
tschneider@schneiderwallace.com

Attorney for Plaintiff
[additional counsel identified below]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CY R. Brown, on behalf of himself and others similarly situated,<br><br>          Plaintiff,<br><br>vs.<br><br>UBER TECHNOLOGIES, INC.,<br><br>          Defendant. | Case No.: 2:15-CV-00880-DDP (AGRx)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S NOTICE OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)** |

Having considered Plaintiff's Notice of Dismissal, all papers filed in support and opposition to, and good cause appearing therefore, IT IS HEREBY ORDERED:

Plaintiff's Voluntary Dismissal without prejudice of this action is GRANTED.


**IT IS SO ORDERED.**


Dated: _____


By: _____
United States District Court Judge