SCHNEIDER WALLACE COTTRELL
KONECKY WOTKYNS LLP
Todd M. Schneider (SBN 158253)
Jason H. Kim (SBN 220279)
180 Montgomery Street, Suite 2000
San Francisco, California 94104
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
tschneider@schneiderwallace.com

JS-6

Attorney for Plaintiff
[additional counsel identified below]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CY R. Brown, on behalf of himself and others similarly situated,<br><br>    Plaintiff,<br>vs.<br><br>UBER TECHNOLOGIES, INC.,<br><br>    Defendant. | Case No.: 2:15-CV-00880-DDP (AGRx)<br><br>**ORDER GRANTING PLAINTIFF'S NOTICE OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)** |

Having considered Plaintiff's Notice of Dismissal, all papers filed in support and opposition to, and good cause appearing therefore, IT IS HEREBY ORDERED:

Plaintiff's Voluntary Dismissal without prejudice of this action is GRANTED.

**IT IS SO ORDERED.**

Dated: March 23, 2015

_____
United States District Judge